**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 12-54164 |
| | : | |
| Robert A. Snowball | : | Chapter 13; Judge Caldwell |
| Jeanne M. Roth | | |
| | : | |
| | : | |
| Debtors. | : | |
| | : | |

**NOTICE OF DEBTORS' CHANGE OF ADDRESS**

Now come the Debtors, Robert Snowball and Jeanne Roth, through counsel, and herein provide notice to the Court and the Chapter 13 Trustee of their new mailing address effective immediately.

616 Penn St.
Galena, OH 43119

Respectfully submitted,

/s/Ruth Ann Hohl_____
Ruth Ann Hohl (0037013)
Case attorney for the Debtors
P.O. Box 109
New Albany, Ohio 43054
(614) 775-0296
ruthann@hohlbankruptcylaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Notice of Change of Address was served this date via U.S. mail or ECF at the e-mail addresses registered with the Court on the parties whose names and addresses are listed below.

Dated: _4-15-2015_          /s/Ruth Ann Hohl_____
                             Ruth Ann Hohl (0037013)

U.S. Trustee (ECF)

Frank M. Pees, Chapter 13 Trustee (ECF)

Robert Snowball and Jeanne Roth
616 Penn St.
Galloway, Ohio 43119